UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

         Plaintiff,

    v.

OXFORD PARKSIDE INVESTMENT GROUP,

         Defendant.

NO. CIV. S-11-1058 LKK/GGH

O R D E R

/

A status conference in the above-referenced matter is currently scheduled for October 17, 2011. It appears that the defendant has not been served.

Plaintiff has submitted a "request" to "complete service of process on limited partnership through secretary of state" (Dkt. No. 11). The request does not identify the statutory or other authority under which it is made. If plaintiff asserts that Cal. Civ. Code § 17061(c)(1), applies, he has failed to explain why it applies and failed to include an affidavit setting forth why service could not be made by other means.

Accordingly, the court ORDERS as follows:

1. Plaintiff's "request" is **DENIED** without prejudice. If plaintiff renews this request, it shall advise the court of the

1

specific authority under which it is made, and it shall comply with the requirements of that authority.

2.  The status conference is **CONTINUED** to January 30, 2012 at 1:30 p.m.

3.  The parties **SHALL** submit status reports, or an updated status report where applicable, no later than 14 days before the status conference.

IT IS SO ORDERED.

DATED:  October 13, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2