SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>Oxford Parkside Investment Group,<br><br>            Defendant | Case No. **2:11-cv-01058-LKK-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL APRIL 27, 2012 FOR DEFENDANT OXFORD PARKSIDE INVESTMENT GROUP TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Oxford Parkside Investment Group, by and through their respective attorneys of record, Scott N. Johnson; John D. Montague, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Oxford Parkside Investment Group until March 28, 2012 to

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Oxford Parkside Investment Group is granted an extension until April 27, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Oxford Parkside Investment Group response will be due no later than April 27, 2012.

IT IS SO STIPULATED effective as of March 27, 2012

Dated:  March 28, 2012              /s/John D. Montague_____
                                    John D. Montague,
                                    Attorney for Defendant
                                    Oxford Parkside
                                    Investment Group

Dated:  March 27, 2012              /s/Scott N. Johnson _____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

1 **IT IS SO ORDERED:** that Defendant Oxford Parkside Investment Group shall have until April 27, 2012 to respond to complaint.

Dated:  March 30, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT