```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,
                                          NO. Civ.S-11-1058 LKK/GGH
         Plaintiff,

    v.                                    ORDER RE DISPOSAL
                                          DOCUMENTS AFTER
OXFORD PARKSIDE                           NOTIFICATION OF SETTLEMENT
INVESTMENT GROUP,

         Defendant.
                                  /
```

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED: April 25, 2012.

            /s/ Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT