1

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  SCOTT N. JOHNSON,
                                    NO. Civ.S-11-1058 LKK/GGH
11          Plaintiff,

12      v.                          **ORDER RE DISPOSAL
                                    DOCUMENTS AFTER
13  OXFORD PARKSIDE                 <u>NOTIFICATION OF SETTLEMENT</u>**
    INVESTMENT GROUP,
14
            Defendant.
15  _____/

16      Counsel for plaintiff has filed a Notice of Settlement in the

17  above-captioned case.  The court now orders that the dispositional

18  documents disposing of the case be filed no later than thirty (30)

19  days from the effective date of this order.

20      All hearing dates heretofore set in this matter are hereby

21  **VACATED.**

22      <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

23  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

24  ////

25  ////

26  ////

                                1

1   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2        IT IS SO ORDERED.

3        DATED:   April 25, 2012.

4

5

6

7                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
8                              UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                  2